IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TELSON OKHIO** | : | CIVIL ACTION NO. 1:16-cv-49 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **CHARLES AREKALIAN, ESQ.** | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the captioned action is a January 13, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 3rd day of February 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 5).

2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3) Pursuant to 28 U.S.C. § 1406, this action shall be transferred to the United States District Court for the District of New Jersey.

4) The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane<br>
YVETTE KANE, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania